## Katherine Heinz, Appellee, v. Radio Keith Orpheum Western Vaudeville Exchange, Trading as The Palace Theatre, Appellant.

Gen. No. 43,749.

opinion filed November 19, 1946; released for publication December 3, 1946. Joseph A. Bailey, for appellant; James P. Moore, of counsel; Clarence M. Dunagan, for appellee. Opinion by Presiding Justice Sullivan. Not to be published in full.